IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. JFM-10-0494 |
| DARIEN JACKSON | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO POSTPONE SELF-SURRENDER DATE

The defendant, Darien Jackson, by and through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and LaKeytria W. Felder, Assistant Federal Public Defender, hereby moves this Honorable Court for an Order postponing his self-surrender date. The United States Pretrial Office consents to this request. However, the assigned Assistant United States Attorney is currently unavailable and his position is unknown. In support of this motion, the following is asserted:

1.     Mr. Jackson is on release with a condition that he surrenders on Monday, July 22, 2013, to begin a 30-month custodial sentence, at the Federal Medical Center ("FMC") in Devens, Massachusetts. We ask for a postponement of that date because Mr. Jackson is currently hospitalized at Montefiore Medical Center in New York. He must undergo surgery for an abscess and bone infection in his right foot, which will hopefully prevent a need for amputation. His doctor has indicated that his recovery is expected to take two to three months. **See Exhibit A**. Based on that medical opinion, we ask that Mr. Jackson's self-surrender date is postponed until October 22, 2013. Undersigned counsel has been in contact with the BOP's medical liason for Devens and has been advised that even if Mr. Jackson is released from the hospital, the facility is not able to provide inpatient care for him at this time.

2. The last two requests for an extension have been made at the Marshal's and BOP's request. On February 26, 2013, the United States Marshal Service contacted undersigned counsel stating that the Bureau of Prisons ("BOP") would need additional time to re-designate Mr. Jackson to a facility that could accommodate his medical needs. Subsequent to that request, Mr. Jackson was designated to FMC-Devens in Massachusetts. He was scheduled to self-surrender on June 3, 2013. However, on May 28, 2013, undersigned counsel was informed that FMC-Devens requested an extension until July 22, 2013, due to problems with their dialysis equipment at the unit. The Court granted BOP's request and an Amended Judgment was issued on May 29, 2013.

3. By way of review, Mr. Jackson is in need of a kidney transplant. He has extensive medical issues, including renal failure (which requires dialysis three times per week for four hours per day), cardiac irregularities, sleep apnea, diabetes, and high blood pressure. Mr. Jackson underwent surgery with the hopes that his chronic health issues would be cured or at least abated. Unfortunately, his health is still very precarious and worsened in some aspects. He currently is semi-ambulatory and walks with the assistance of a walker.

4. Mr. Jackson requests that his self-surrender date is postponed approximately 90 days until October 22, 2013. All other conditions of pretrial release will remain in effect until that date.

5. Local Pretrial Services Officer Stephanie D'Amato is out of the office, however, her supervisor, Stacy Kirksey, has indicated that there is no objection to this request. Further, Emily Rosado, the supervising officer in New York, does not object to the request. Assistant United States Attorney John Sippel is unavailable and has not responded to the request.

**WHEREFORE**, it is respectfully requested that Mr. Jackson's self-surrender date be extended until October 22, 2013, and that all other conditions of release remain in effect until that date.

Respectfully submitted,
JAMES WYDA
Federal Public Defender


_____/s/_____
LAKEYTRIA FELDER (# 93579)
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland  20770
Tel:  (301) 344-0600
Fax:  (301) 344-0019
Email: lakeytria_felder@fd.org
